Case 2:18-cr-00177 Document 1 Filed 09/05/18 Page 1 of 2 PageID #: 1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
SEPTEMBER 5, 2018 SESSION



FILED
SEP - 5 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-cr-177
8 U.S.C. § 1326(a)

DOMINGO CELESTINO PACHECO-US,
    also known as "Nicholas Perez-Torez"

# INDICTMENT

(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about October 8, 2012, defendant DOMINGO CELESTINO PACHECO-US, also known as Nicholas Perez-Torez, an alien, was found at or near South Komelik, Arizona, and was subsequently removed from the United States to Guatemala on or about October 31, 2012.

2. On or about August 15, 2018, at or near Ripley, Jackson County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant DOMINGO CELESTINO PACHECO-US, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                        MICHAEL B. STUART
                        United States Attorney

By: _____
      ERIK S. GOES
      Assistant United States Attorney